FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AUSTIN LOEUNG,

               Plaintiff,

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.

Case No.  CV 09-8960 RNB

**J U D G M E N T**

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: <u>August 20, 2010</u>

                               

                    ROBERT N. BLOCK
                    UNITED STATES MAGISTRATE JUDGE